# United States District Court

District of Utah, Northern Division

Adam Law,

          Plaintiff,   **JUDGMENT IN A CIVIL CASE**

      v.

Scott Spivey, et al.,   Case Number: 4:25-cv-00014-AMA-PK

          Defendants.

IT IS ORDERED AND ADJUDGED

that Plaintiff's action is dismissed without prejudice.

Dated: July 15, 2025.   By the Court:

*[signature]*

Ann Marie McIff Allen
United States District Judge